UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SCHOOL UNION NO. 37, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-08-216-B-W |
| | ) | |
| UNITED NATIONAL INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 6, 2009 her Recommended Decision (Docket # 25). The Plaintiff filed its objections to the Recommended Decision on March 11, 2009 (Docket # 26) and the Defendant filed its response to those objections on March 30, 2009 (Docket # 27). The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and has made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. The Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket # 25) is hereby AFFIRMED;

2. It is further ORDERED that the Plaintiff's Motion for Summary Judgment (Docket # 17) be and hereby is DENIED.

3. It is further ORDERED that the Defendant's Motion for Summary Judgment (Docket # 18) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 1st day of July, 2009